United States District Court
Southern District of Texas
**ENTERED**
October 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARK JOSEPH NATIONS, SPN #03069388, | § § § | |
| Petitioner, | § § | |
| v. | § § | CIVIL ACTION NO. H-23-3769 |
| HARRIS COUNTY SHERIFF ED GONZALEZ, | § § § | |
| Respondent. | § | |

## FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED without prejudice**.

This is a **FINAL JUDGMENT**.

The Clerk shall provide a copy of this Final Judgment to the petitioner.

**SIGNED** at Houston, Texas, on this 13th day of October, 2023.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE